**KAREEM E. ABDO, ESQ.**
Attorney at Law
30 Wall Street, 8th Floor
New York, New York  10005
Phone: (212) 439-4723
Fax:  (212) 943-2300
E-mail:  kareemabdolaw@gmail.com

---

January 21, 2022.

The Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE:  <u>Hager-Reilly v. SCO Family of Services</u>, 21-cv-11023-JGK

Dear Judge Koeltl:

I represent the Plaintiff in the above referenced matter before your honor.  Plaintiff respectfully submits this letter motion for non-dispositive relief.

The parties have executed a stipulation regarding service and time to answer through appearing counsel.  The stipulation is attached, *hereto*.

The stipulation states that service was accepted on this past Tuesday, January 18, 2022, and that Defendant "shall answer, move or otherwise respond as described by the Federal Rules of Civil Procedure, to the Plaintiff's Complaint" on February 8, 2022.

The Plaintiff respectfully requests that your honor accept these dates on your honor's calendar and likewise order the same as your honor deems appropriate.  In the alternate the Plaintiff respectfully requests that your honor issue any alternate relief that your honor deems just and appropriate.  Thank you.

The Plaintiff also respectfully requests an Initial Pretrial Conference as described in section II. A. of your honor's individual practices.  Counsel for both parties has discussed conference amongst the parties as required by your honor's individual practices.

Thank you for your attention to this letter. If there is any way I may assist your honor in determining Plaintiff's requested relief, please do let me know.

Kind regards,

/s/*Kareem E. Abdo*

Kareem E. Abdo, Esq.

Enclosure: (1)

CC: Ana C. Shields, Esq.
Isaac S. Baskin, Esq.

*A conference is scheduled for Tuesday, February 1, 2022, at 4:30PM. Dial in: (888) 363-4749. Access code: 8140049.*

*So ordered.*
*1/25/22*
[signature]
U S D J