UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHERYL HAGER-REILLY,

               Plaintiff,

    - against -

SCO FAMILY OF SERVICES,

               Defendant.

21-cv-11023 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    As discussed at today's conference, discovery in this action should be completed by May 13, 2022. Any dispositive motions are due June 10, 2022. The joint pretrial order is due July 8, 2022, or 21 days after decision of any dispositive motions. Ready trial, 48 hours notice, 21 days after entry of the joint pretrial order.

SO ORDERED.

Dated:    New York, New York
           February 1, 2022

                                      John G. Koeltl
                                United States District Judge