UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHERYL HAGER-REILLY,

              Plaintiff,

    - against -

SCO FAMILY OF SERVICES,

              Defendant.

21-cv-11023 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The Court has received a letter from the plaintiff complaining about her lawyer. Because it relates to attorney-client interaction, the Court is filing the letter under seal and providing it only to the plaintiff's lawyer. The plaintiff and the plaintiff's lawyer should advise whether there is a need for substitution of counsel.

SO ORDERED.

Dated:    New York, New York
           March 28, 2022

                                                John G. Koeltl
                                     United States District Judge