# JacksonLewis

Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville NY 11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

My Direct Dial is: (631) 247-4657
My Email Address is: Ana.Shields@jacksonlewis.com

April 6, 2022

**VIA ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Hager-Reilly v. SCO Family of Services*
   21 Civ. 11023 (JGK)

Dear Judge Koeltl:

As counsel for Defendant, we write pursuant to Your Honor's Individual Practices Rule I(E) to respectfully request that the conference presently scheduled for April 11, 2022 at 2:30 p.m. be rescheduled to an alternate date and time due to a scheduling conflict. (Dkt. No. 23).

No prior request for adjournment of this conference has been made. Plaintiff consents to this request. The reason for the request is that the undersigned counsel is scheduled to attend private mediation in an unrelated matter before JAMS mediator, David Ross, on April 11, 2022 which is expected to last the entire day. We apologize to the Court for the inconvenience. Although Defendant proposed several alternate dates and times to Plaintiff (4/7 before 2 p.m. ET; 4/13; 4/15 before 12 p.m. ET), Plaintiff was not available at those times but has not proposed alternate dates.

Thank you for Your Honor's consideration of this request.

Respectfully Submitted,

JACKSON LEWIS P.C.

*Ana C. Shields*

Ana C. Shields
Isaac S. Baskin

ACS:dc
cc: All Counsel of Record, *via ECF*

4871-6368-1050, v. 1

*[Handwritten note:]* ADJOURNED TO TUESDAY, APRIL 19, 2022, AT 2:30 PM. SO ORDERED. 4/6/22 [signature] USDJ