**KAREEM E. ABDO, ESQ.**

Attorney at Law
30 Wall Street, 8th Floor
New York, New York  10005
Phone: (212) 439-4723
Fax:  (212) 943-2300
E-mail:  kareemabdolaw@gmail.com

---

April 8, 2022

The Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*Adjourned to Tuesday, May 17, 2022, at 2:30 AM. So Ordered.*
*4/11/22.  [signature] USDJ*

RE:  Hager-Reilly v. SCO Family of Services, 21-cv-11023-JGK

Dear Judge Koeltl:

I represent Plaintiff in the above referenced action. I write your honor this letter motion seeking non-dispositive relief, pursuant to heading "I," section "E" of your honor's individual practices.

As your honor describes, such a request, for adjournment, should state, (1) the original date, (2) the number of previous requests for adjournment or extension, (3) whether these previous requests were granted or denied, and (4) whether the adversary consents.

**The Original Date**

Your honor initially asked for counsel and the Plaintiff to appear before your honor on April 11, 2022 at 2:30 p.m. This was adjourned per Defendant's request. Your honor adjourned until April 19, 2022, at 2:30 p.m.

**Reason for Request**

The Plaintiff, when I informed her of the April 19th scheduled time, told me that she is unavailable for so many dates related to this litigation in April due to her professional commitments. Thus Plaintiff requests a date in May.

**Previous Requests for Adjournment**

This is Plaintiff's first request for an adjournment. Defendant asked previously once and your honor granted their request.

**The Defendant Consents**

I spoke with lead counsel for Defendant, she does consent to the requested relief. She does ask, and I agree, that the parties enter into a new scheduling order following the conference as the outcome of the conference may affect the close of discovery which is now scheduled for May 13, 2022. Counsel for both parties have read your honor's individual practices and understand that a revised scheduling order is to be attached, but respectfully request this be completed following the conference.

**Conclusion**

Thank you, your honor, for your attention to this letter. If I may be of any assistance in determining Plaintiff's requested relief, please let me know.

    Kind regards,

    /s/Kareem E. Abdo

    Kareem E. Abdo, Esq.

CC: Ana C. Shields, Esq.
     Isaac S. Baskin, Esq.