UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

CHERYL HAGER-REILLY,

                Plaintiff,

    - against -

SCO FAMILY OF SERVICES,

                Defendant.
───────────────────────────────

21-cv-11023 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for May 17, 2022 is **canceled**.

SO ORDERED.

Dated:    New York, New York
           May 5, 2022

                                          John G. Koeltl
                                  United States District Judge