UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHERYL HAGER-REILLY,

                Plaintiff,

-v-                                    CIVIL ACTION NO.: 21 Civ. 11023 (JGK) (SLC)

SCO FAMILY OF SERVICES,                    **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discovery conference held today, May 23, 2022, the Court orders as follows:

1. By **May 27, 2022**, Plaintiff shall provide to Defendant the names of all providers who have treated her for her asthma condition (the "Providers"), and Defendant shall prepare appropriate HIPAA authorizations (the "Authorizations").

    a. Within seven (7) calendar days of receipt of the Authorizations, Plaintiff shall execute and return the Authorizations to Defendant.

2. By **June 8, 2022**, Defendant shall respond to Plaintiff's requests for production and interrogatories.

3. By **June 13, 2022**, Plaintiff shall produce (i) all Forms W-2 for calendar year 2021; and (ii) all paystubs she has received from any employer in 2022.

4. A status conference (the "Conference") is scheduled for **Monday, June 27, 2022 at 3:00 pm** and will take place <u>telephonically</u>. The parties are directed to call the Court's conference line at 866-390-1828; access code: 380-9799, at the scheduled time. The Fact

Discovery, Dispositive Motion, and Joint Pre-trial Order deadlines are held in abeyance pending the Conference.

Dated: New York, New York
May 23, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge