UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHERYL HAGER-REILLY,

                        Plaintiff,

-v-                                         CIVIL ACTION NO.: 21 Civ. 11023 (JGK) (SLC)

SCO FAMILY OF SERVICES,                       **ORDER**

                        Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discovery conference held today, June 27, 2022, the Court orders as follows:

1. By **Friday, July 8, 2022**, Plaintiff shall provide to Defendant the (i) names of all providers who have treated her for her asthma condition (the "Providers"), (iii) each Provider's contact information, and (iii) an unredacted copy of her medical record.

2. By **Friday, July 22, 2022**, Plaintiff shall respond to Defendant's June 8, 2022 discovery requests.

3. A status conference (the "Conference") is scheduled for **Tuesday, August 2, 2022 at 12:00 pm** and will take place <u>telephonically</u>. The parties are directed to call the Court's conference line at 866-390-1828; access code: 380-9799, at the scheduled time.

4. By **Friday, September 30, 2022**, fact discovery shall be complete. The parties shall submit a joint letter certifying the completion of fact discovery by **Friday, October 7, 2022**.

5. The Letter-Motion at ECF No. 20 to file the document at ECF No. 21 under seal and ex-parte is GRANTED.  The document at ECF No. 21 shall remain as visible only to the selected parties.

6. The Clerk of Court is respectfully directed to close ECF Nos. 21 and 30.

Dated:   New York, New York
         June 27, 2022                           SO ORDERED.

                                                 _____
                                                 SARAH L. CAVE
                                                 United States Magistrate Judge