# JacksonLewis

The parties' letter-motion seeking an adjournment of the status conference scheduled for Tuesday, August 2, 2022 at 12:00 p.m. (ECF No. 45) is GRANTED, and the status conference is ADJOURNED to **Thursday, August 11, 2022 at 2:00 p.m.** All other terms of the original scheduling order (ECF No. 41) remain in effect.

The Clerk of Court is respectfully directed to close ECF No. 45.

SO ORDERED 07/19/22

SARAH L. CAVE
United States Magistrate Judge

MY DIRECT DIAL IS: 631-247-4614
MY EMAIL ADDRESS IS: JEFFREY.SCHLOSSBERG@JACKSONLEWIS.COM

July

**VIA ECF**

Magistrate Judge Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  Cheryl Lynn Hager-Reilly v. SCO Family of Services
     Case No.: 21-cv-11023 (JGK)(SLC)

Dear Magistrate Judge Cave:

We represent Defendant SCO Family of Services "(SCO") in the above referenced matter. We write, with the consent of Plaintiff's counsel, to request that the conference scheduled before Your Honor on August 2, 2022, be adjourned. Counsel for both parties are available on either August 3 or August 11 if that works for the Court. The reason for the adjournment is that the undersigned is now the primary attorney on this matter for SCO and I was not at the conference on June 27 when the August 2 date was set. I have a deposition on August 2 that cannot be moved and it is important that I attend the conference in the case before Your Honor. This is the first request for an adjournment of this conference.

We thank the Court for its consideration.

Respectfully submitted,

JACKSON LEWIS P.C.

*Jeffrey M. Schlossberg*

Jeffrey M. Schlossberg

JMS/nml
cc:  All counsel of record (via ECF)

4868-2313-1434, v. 1