**KAREEM E. ABDO, ESQ.**

Attorney at Law
30 Wall Street, 8th Floor
New York, New York  10005
Phone: (212) 439-4723
Fax:  (212) 943-2300
E-mail:  kareemabdolaw@gmail.com

---

The Honorable Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE:  Hager-Reilly v. SCO Family of Services, 21-cv-

Dear Judge Cave:

> Plaintiff's letter-motion to seal the document at ECF No. 47-4 is GRANTED, and the the document at ECF No. 47-7 shall remain visible only to the selected parties.
>
> The Clerk of Court is respectfully directed to close ECF No. 48.
>
> SARAH L. CAVE
> United States Magistrate Judge
>
> SO ORDERED 08/05/22

Plaintiff through the undersigned submits this letter motion for non dispositive relief regarding today's filing by Defendant.[1]

Your honor the Defendant did not redact and conceal the personal identifying information of the Plaintiff.  Her birthdate is not redacted at all in violation of Civ. R. Fed. P. 5.2, further this Honorable Court has a policy of preferring to not disclose home addresses, *see* https://www.nysd.uscourts.gov/sites/default/files/pdf/egovtact042005.pdf, these disclosures require that the clerk be directed to file these documents under seal or appropriately redacted.

It is my hope that your honor will expedite this request for relief as such is not only a clear violation but also is detrimental to an individual litigant's rights.

If you have any questions or concerns, please do not hesitate to contact me.

Kind regards,

*/s/ Kareem E. Abdo*

Kareem E. Abdo, Esq.

CC:  Jeffery M. Schlossberg, Esq.
Isaac S. Baskin, Esq.

---

[1] This letter is not a response to the letter motion filed by Defendant earlier today but only seeks to address the illegal filing of this personal information.