UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHERYL HAGER-REILLY,

                Plaintiff,

-v-                                    CIVIL ACTION NO.: 21 Civ. 11023 (JGK) (SLC)

SCO FAMILY OF SERVICES,                **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discovery conference held today, August 11, 2022, the Court orders Plaintiff to produce the following by **Wednesday, August 31, 2022**:

1. Plaintiff's bank statements from January 1, 2021 to the present, with a continuing obligation to produce new bank statements she receives during the pendency of this litigation that reflect additional compensation and/or benefits from her employment, (see ECF No. 43 at 15);

2. Responses to Defendant's interrogatories dated June 8, 2022 (ECF No. 49-2 at 3 (the "Interrogatories"));

    a. The Court overrules Plaintiff's objection to the Interrogatories, because the subparts do not represent separate interrogatories, and therefore, the number of interrogatories Defendants have served does not exceed the limit in Local Civil Rule 33.3.  See Madison v. Nesmith, No. 06 Civ. 1488 (NAM) (DEP), 2008 WL 619171, at *3 (N.D.N.Y. Mar. 3, 2008) (finding that multiple interrelated questions contained in subparts were not discrete subparts and therefore were permissible).

3. Responses to Defendant's Requests for Production dated June 8, 2022 (ECF No. 49-2 at 5-6 (the "RFPs")), as follows: (i) in response to RFP No. 1, Defendant shall provide revised authorizations limited to compensation, payroll, and benefits acquired after her termination of employment at Defendant (the "Revised Authorizations"), (ii) within seven (7) calendar days of receipt of the Revised Authorizations, Plaintiff shall execute and return the Revised Authorizations to Defendant; and (iii) Plaintiff's counsel shall inquire of Plaintiff the hourly rate(s) she has charged for tutoring since her employment with Defendant ended, and inform Defendant's counsel of that information; and

4. An executed HIPAA authorization for Dr. Win (ECF No. 49-4).

5. The Clerk of Court is respectfully directed to close ECF Nos. 47 and 49.

Dated:     New York, New York
           August 11, 2022                    SO ORDERED.

                                              _____
                                              SARAH L. CAVE
                                              United States Magistrate Judge