**KAREEM E. ABDO, ESQ.**

Attorney at Law
30 Wall Street, 8th Floor
New York, New York  10005
Phone: (212) 439-4723
Fax:   (212) 943-2300
E-mail:  kareemabdolaw@gmail.com

---

September 16, 2022

The Honorable Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE:  Hager-Reilly v. SCO Family of Services, 21-cv-11023 (JGK)(SLC)

Dear Judge Cave:

Plaintiff through the undersigned submits this letter motion for non dispositive relief regarding Document 57-2 on the Honorable Court's docket, filed by Defendant.

Your honor the Defendant did not, again, redact and conceal the personal identifying information of the Plaintiff.  Her birthdate and social security number are not redacted at all in violation of Civ. R. Fed. P. 5.2.  These disclosures require that the clerk be directed to file these documents under seal or appropriately redacted.

It is my hope that your honor will expedite this request for relief as such is not only a clear violation but also is detrimental to an individual litigant's rights.

Thank you, your honor, for your attention to this letter.  If there is any way I may assist your honor determine the Defendant's requested relief, please let me know.

CC:  Jeffery M. Schlossberg, Esq.
     Isaac S. Baskin, Esq.

---

Plaintiffs' letter-motion seeking to seal Defendant's Authorization to Release Employment Records (ECF No. 58) is GRANTED, and the document at ECF No. 57-2 shall remain visible only to the selected parties.  The Court acknowledges that Defendant has repeatedly failed to redact personal data identifiers in violation of Fed. R. Civ. P. 5.2, (see ECF No. 48, 50), and cautions Defendant that any future violations may result in sanctions.

The Clerk of Court is respectfully directed to close ECF No. 58.

SO ORDERED 09/16/22

SARAH L. CAVE
United States Magistrate Judge