UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHERYL HAGER-REILLY,

           Plaintiff,

-v-

SCO FAMILY OF SERVICES,

           Defendant.

CIVIL ACTION NO.: 21 Civ. 11023 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant's letter-motion seeking (i) an extension of time to complete fact discovery, (ii) schedule a conference with the Court, and (iii) issue sanctions pursuant to Fed. R. Civ. P. 37(c)(1) (ECF No. 57) is GRANTED IN PART, and the Court orders as follows:

1. The fact discovery shall be extended to **Wednesday, November 30, 2022**, and the parties shall file a joint letter certifying the completion of fact discovery by **Wednesday, December 7, 2022**.

2. To the extent Defendant seeks a conference with the Court or sanctions, the letter-motion is DENIED WITHOUT PREJUDICE.

3. Plaintiff **shall produce** to Defendant bank statements from January 1, 2021 to the present, with a continuing obligation to produce new bank statements she receives during the pendency of this litigation that reflect additional compensation and/or benefits from her employment, (see ECF Nos. 43 at 15; 54 ¶ 2).

4. Defendant **shall provide** to Plaintiff revised authorizations limited to compensation, payroll, and benefits acquired after Plaintiff's termination of employment at Defendant

(the "Revised Authorizations"), and (ii) within seven (7) calendar days of receipt of the Revised Authorizations, Plaintiff shall execute and return the Revised Authorizations to Defendant, in accordance with ECF No. 54.

5. The Clerk of Court is respectfully directed to close ECF Nos. 57 and 59.

Dated:     New York, New York
           September 19, 2022                SO ORDERED.

                                             _____
                                             SARAH L. CAVE
                                             United States Magistrate Judge