# JacksonLewis

MY DIRECT DIAL IS: (631) 247-4614
MY EMAIL ADDRESS IS:  JEFFREY.SCHLOSSBERG@JACKSONLEWIS.COM

**VIA ECF**

Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

> Defendant's letter-motion seeking to adjourn the discovery conference scheduled for Thursday, November 17, 2022 at 12:00 p.m. (the "Conference") (ECF No. 69) is GRANTED, and the Conference is ADJOURNED to **Friday, November 18, 2022 at 5:00 p.m.**
>
> The Clerk of Court is respectfully directed to close ECF No. 69.
>
> SO ORDERED 11/10/22
>
> SARAH L. CAVE
> United States Magistrate Judge

Re:   *Hager-Reilly v. SCO Family of Services*
       Case No. 21-cv-11023 (JGK) (SLC)

Dear Magistrate Judge Cave:

We are counsel for Defendant in this matter and write with the consent of Plaintiff's attorney to request adjournment of the telephone conference scheduled for Thursday, November 17 at 12:00 p.m. (Dkt. 68). The reason for the request is that at that time, I will be in flight returning to New York. We propose the conference take place either on Friday, November 18 in the afternoon, or on Monday, November 21 in the morning. This is the first request for an adjournment of this conference. We thank the Court for its consideration of this request.

Respectfully submitted,

JACKSON LEWIS P.C.

*Jeffrey M. Schlossberg*

Jeffrey M. Schlossberg

cc:   All counsel of record, Via ECF

4876-6808-2750, v. 1