UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHERYL HAGER-REILLY,

                Plaintiff,

-v-                                            CIVIL ACTION NO.: 21 Civ. 11023 (JGK) (SLC)

                                                  **ORDER**

SCO FAMILY OF SERVICES,

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiff's letter-motion requesting a stay of outstanding discovery deadlines. (ECF No. 71 (the "Motion to Stay")). The principal prerequisite for issuance of a stay is "'probable irreparable harm[.]'" 29 Brooklyn, LLC v. Chesley, No. 15 Civ. 5180 (ARR), 2015 WL 9255549, at *2 (E.D.N.Y. Dec. 16, 2015) (quoting In re Adelphia Commc'ns Corp., 361 B.R. 337, 347 (S.D.N.Y. 2007)). Because Plaintiff has failed to demonstrate probable irreparable harm, the Motion to Stay is DENIED.

To the extent an issue arises during depositions, the parties are reminded that they may contact Chambers in accordance with the Court's Individual Practices in Civil Cases.[1]

The Clerk of Court is respectfully directed to close ECF No. 71.

Dated:     New York, New York           SO ORDERED.
             November 14, 2022

                                                              SARAH L. CAVE
                                                              United States Magistrate Judge

---

[1] See Individual Practices in Civil Cases, https://nysd.uscourts.gov/sites/default/files/practice_documents/SLC%20Individual%20Practices%20in%20Civil%20Cases%20%E2%80%93%20September%2030th%2C%202022.pdf (last visited Nov. 11, 2022).