UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHERYL HAGER-REILLY,

                Plaintiff,

-v-                                        CIVIL ACTION NO.: 21 Civ. 11023 (JGK) (SLC)

                                                                **<u>ORDER</u>**

SCO FAMILY OF SERVICES,

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discovery conference held today, November 18, 2022 (the "Conference"), the Court orders as follows:

1. The parties shall order a transcript of the Conference and file it on the docket (the "Transcript"). The parties shall complete the annexed transcript request from and submit one request to etranscripts@nysd.uscourts.gov by **Tuesday, November 22, 2022**.

2. Plaintiff is directed to review the Transcript, and is reminded that her that failure to comply with her discovery obligations under the Federal Rules of Civil Procedure and this Court's orders may result in sanctions, including dismissal of the action for failure to prosecute. <u>See</u> <u>Murray v. Smythe</u>, 18 Civ. No. 4705 (KMK), 2020 WL 4482644, at *2 (S.D.N.Y. Aug. 3, 2020) (citing <u>Link v. Wabash R.R. Co.</u>, 370 U.S. 626, 630 (1962)).

3. Plaintiff shall re-produce to Defendant her bank statements from January 1, 2021 to the present, removing the previous redactions to a) all compensation and/or benefits she received from <u>any</u> employer, and b) the dates on which she received that compensation. As ordered previously, as Plaintiff receives additional compensation and/or benefits from

any employer she has a continuing obligation to produce new bank statements.  (See ECF Nos. 54; 62).

4. Plaintiff shall access the New York City Board of Education portal and download all available 2021 pay stubs for production to Defendant.

5. Plaintiff shall produce <u>all</u> Forms W-2 received from any employer in 2021.

6. Plaintiff shall conduct a reasonable search, supervised by Plaintiff's counsel, of her personal email (<u>i.e.</u>, her Hotmail account) for relevant, non-privileged communications regarding her employment with the Defendant or this action for production to Defendant.

7. The fact discovery deadline is extended to **Friday, December 23, 2022**.  By **Friday, December 30, 2022**, the parties shall submit a joint letter certifying the completion of fact discovery.

8. A status conference is scheduled for **Monday, December 12, 2022 at 5:00 p.m.** on the Court's conference line.  The parties are directed to call the Court's conference line at 866-390-1828; access code: 380-9799, at the scheduled time.

9. The Clerk of Court is respectfully directed to close ECF No. 65.

Dated:     New York, New York
           November 21, 2022              SO ORDERED.

                                          _____
                                          SARAH L. CAVE
                                          United States Magistrate Judge