**KAREEM E. ABDO, ESQ.**

Attorney at Law
30 Wall Street, 8th Floor
New York, New York  10005
Phone: (212) 439-4723
Fax:  (212) 943-2300
E-mail:  kareemabdolaw@gmail.com

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

December 2, 2022

The Honorable Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE:  Hager-Reilly v. SCO Family of Services, 21-cv-11023 (JGK)(SLC)

Dear Judge Cave:

Plaintiff submits this letter motion pursuant to your honor's individual practice rules Section I, G, 2, and requests redaction of the attached letter motion which references private information of the Plaintiff for view by counsel only.

Thank you, your honor, for your attention to this requested relief. If I may be of any assistance in determining this relief, please let me know.


Kind regards,

/s/ Kareem E. Abdo

Kareem E. Abdo, Esq.

CC:  Jeffery M. Schlossberg, Esq.
     Isaac S. Baskin, Esq.

---

Plaintiff's letter-motion seeking to file her letter-motions under seal (ECF No. 76) is GRANTED.  The Clerk of Court is respectfully directed to (i) seal the letter-motions at ECF Nos. 77-1 and 78-1 which shall remain visible only to the selected parties, (ii) un-seal the letter-motions at ECF Nos. 77 and 78 which shall be viewable to the public, and (iii) close ECF No. 76.

SO ORDERED 12/05/22

SARAH L. CAVE
United States Magistrate Judge