UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHERYL HAGER-REILLY,

                     Plaintiff,

-v-                                     CIVIL ACTION NO.: 21 Civ. 11023 (JGK) (SLC)

SCO FAMILY OF SERVICES,                  **ORDER**

                     Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

On December 8, 2022, attorney Kareem El-Din Abdo ("Mr. Abdo") filed a letter advising the Court that his client, Plaintiff Cheryl Hager-Reilly ("Ms. Hager-Reilly"), "no longer wishes for [Mr. Abdo] to continue as her attorney." (ECF No. 82 (the "Letter")). Defendant SCO Family of Services ("SCO") responded in opposition to the Letter, requesting that the Court deny Mr. Abdo's withdrawal from the case due to the procedural posture of the case and Mr. Abdo's failure to satisfy Local Rule 1.4. (ECF No. 83 at 1–2 (the "Response")).

Accordingly, to permit a ruling on the Letter, the Court orders as follows:

1. By **Tuesday, December 13, 2022**, Mr. Abdo shall file:

    a. A motion to withdraw (the "Motion"), in accordance with Local Rule 1.4,

    b. A letter advising whether he or The Law Office of Kareem Abdo will assert a retaining or charging lien (see Loc. Civ. R. 1.4 (the "Charging Letter," together with the Motion and Letter, the "Motion Papers")); and

    c. Proof that Ms. Hager-Reilly was served with the Motion Papers.

2. By **Friday, December 16, 2022**, Ms. Hager-Reilly shall file a response to the Motion Papers. Mr. Abdo is directed to provide a copy of this Order to Ms. Hager-Reilly and to ensure that any response by Ms. Hager-Reilly is filed on ECF.

3. The telephonic status conference scheduled for **Monday, December 12, 2022 at 5:00 p.m.** is ADJOURNED sine die.

Dated:     New York, New York
           December 9, 2022                    SO ORDERED.

                                               _____
                                               SARAH L. CAVE
                                               United States Magistrate Judge