UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHERYL HAGER-REILLY,

          Plaintiff,

-v-

SCO FAMILY OF SERVICES,

          Defendant.

CIVIL ACTION NO.: 21 Civ. 11023 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

By **Friday, January 6, 2023**, Defendant shall file proof of service of its letter-motion (ECF No. 96 (the "Letter-Motion")), and all corresponding exhibits (ECF Nos. 96-1 – 96-7) by mail on pro se Plaintiff Cheryl Hager-Reilly ("Ms. Hager-Reilly"). Ms. Hager-Reilly shall file her response to the Letter-Motion by **Friday, January 13, 2023**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Hager-Reilly at the address below.

Dated:     New York, New York
            January 6, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

Mail To:     3824 Waldo Avenue
            Apartment E5
            Bronx, N.Y. 10463