UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHERYL HAGER-REILLY,

                      Plaintiff,

-v-                                       CIVIL ACTION NO.: 21 Civ. 11023 (JGK) (SLC)

**ORDER**

SCO FAMILY OF SERVICES,

                      Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Per ECF No. 105, the Court rescheduled the telephonic conference to address the issues outlined in Defendant's letter dated January 17, 2023 (ECF No. 101) to 4:30 p.m. on February 3, 2023, to accomodate pro se Plaintiff Cheryl Hager-Reilly's ("Ms. Hager-Reilly") work schedule. She must appear at that conference, or, if she is unable to do so, request an adjournment noting which times of day she can meaningfully participate in a conference with the Court.

The Court's orders directing her to produce her bank statements, paystubs, and Forms W-2 (the "Documents"), stand, and Ms. Hager-Reilly must produce them to Defendants; she is not required to file them with the Court. (See ECF Nos. 73; 93; 98). The Court is mindful that collecting, copying, and producing the Documents takes effort, but Ms. Hager-Reilly is the Plaintiff in this case, and has an obligation to support her claims, comply with the Court's orders, and participate in Court conferences. The Court notes that, to date, Ms. Hager-Reilly has not participated in any conferences with the Court, and requiring her to participate in a conference is not unduly burdensome.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Hager-Reilly at the address below.

Dated:     New York, New York
             January 19, 2023         SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

Mail To:    3824 Waldo Avenue
            Apartment E5
            Bronx, N.Y. 10463