UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHERYL HAGER-REILLY,

                Plaintiff,

-v-                                  CIVIL ACTION NO.: 21 Civ. 11023 (JGK) (SLC)

**ORDER**

SCO FAMILY OF SERVICES,

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of pro se Plaintiff Cheryl Hager-Reilly's ("Ms. Hager-Reilly") letter indicating that she does not know "what was filed with the Court." (ECF Nos. 109 – 109-1). Ms. Hager-Reilly is reminded that there is a legal clinic in the Southern District of New York to assist parties in civil cases who do not have lawyers. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of or run by the Court and it cannot accept filings on behalf of the Court. The Clinic is located at the Thurgood Marshall United States Courthouse, 40 Centre Street, Room LL22, New York, New York 10007, which is just inside the Pearl Street entrance to the Courthouse. The Clinic is open on weekdays from 10:00 a.m. to 4:00 p.m., except on days when the Court is closed. An unrepresented party can make an appointment in person or by calling (212) 659-6190.

The Clerk of Court is respectfully directed to mail a copy of the docket, and this Order, to Ms. Hager-Reilly at the address below. Ms. Hager-Reilly is advised that she may request that any of the docket entries be sent to her.

Dated: New York, New York
January 27, 2023        SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

Mail To:    3824 Waldo Avenue
Apartment E5
Bronx, N.Y. 10463

2