UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHERYL HAGER-REILLY,

                Plaintiff,

-v-

SCO FAMILY OF SERVICES,

                Defendant.

CIVIL ACTION NO.: 21 Civ. 11023 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic status conference held today, February 3, 2023, the Court orders as follows:

1. The letter-motion of Defendant SCO Family of Services ("SCO") requesting that the Court sanction pro se Plaintiff Cheryl Hager-Reilly ("Ms. Hager-Reilly") based on her failure to preserve and produce notes she had at her deposition (ECF No. 96) is DENIED WITHOUT PREJUDICE.

2. The fact discovery deadline is EXTENDED to **Tuesday, February 28, 2023**.

3. By **Wednesday, February 8, 2023**, SCO shall provide Ms. Hager-Reilly with a reasonable list of email search terms (the "Search Terms"), which Ms. Hager-Reilly shall promptly apply to search her personal email (i.e., her Hotmail account) for relevant, non-privileged communications regarding her employment with SCO or this action (the "Personal Email Search").

4. By **Tuesday, February 28, 2023**, Ms. Hager-Reilly shall produce to SCO:

    a. her 2021 Forms W-2 received from the New York City Department of Education; and

    b. <u>emails located during</u> the Personal Email Search.

5. By **Tuesday, February 28, 2023**, SCO shall email Ms. Hager-Reilly a copy of all documents that Defendants previously produced in this action and copies of any transcripts of depositions of Defendants, and call Ms. Hager-Reilly (or leave a voicemail) to advise her of the transmission.

6. By **Wednesday, March 8, 2023**, the parties shall submit a joint letter certifying the completion of fact discovery.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Hager-Reilly at the address below

Dated:    New York, New York
             February 3, 2023                  SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

<u>Mail</u> <u>To</u>:    3824 Waldo Avenue
              Apartment E5
              Bronx, N.Y. 10463