UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHERYL HAGER-REILLY,

                Plaintiff,

-v-

                CIVIL ACTION NO.: 21 Civ. 11023 (JGK) (SLC)

SCO FAMILY OF SERVICES,

                **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

    The Court is in receipt of pro se Plaintiff Cheryl Hager-Reilly's ("Ms. Hager-Reilly") letter dated February 8, 2023 and appreciates her effort to produce additional documents before the fact discovery deadline on February 28, 2023. (See ECF No. 111 at 1). As previously directed (see id. at 2), by **Wednesday, March 8, 2023** the parties shall file a joint letter certifying that fact discovery is complete.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Hager-Reilly at the address below

Dated:      New York, New York
              March 1, 2023              SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

Mail To:    3824 Waldo Avenue
             Apartment E5
             Bronx, N.Y. 10463