UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHERYL HAGER-REILLY,

          Plaintiff,

-v-

SCO FAMILY OF SERVICES,

          Defendant.

CIVIL ACTION NO.: 21 Civ. 11023 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of pro se Plaintiff Cheryl Hager-Reilly ("Ms. Hager-Reilly") and Defendant SCO Family of Services' ("SCO") letters dated March 7, 2023, (ECF Nos. 114; 115 ("SCO's Letter")), and orders as follows:

1. By **Tuesday, March 14, 2023**, Ms. Hager-Reilly shall:

    a. conduct one comprehensive but final search to locate and produce the two emails attached to SCO's Letter (see ECF No. 115-1); and

    b. advise SCO's counsel of the date on which she produced the 2022 W-2 Form from Wyzant tutoring (the "Wyzant W-2") (which the Court previously ordered to be produced (see ECF Nos. 93 at 2; 94 at 2; 108 at 1)), or (ii) re-produce the Wyzant W-2.

2. By **Wednesday, March 15, 2023**, the parties shall file a joint letter certifying that fact discovery is complete.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Hager-Reilly at the address below

Dated: New York, New York
March 8, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

<u>Mail</u> <u>To</u>: 3824 Waldo Avenue
Apartment E5
Bronx, N.Y. 10463

2