UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHERYL HAGER-REILLY,

                Plaintiff,

-v-                                  CIVIL ACTION NO.: 21 Civ. 11023 (JGK) (SLC)

**ORDER**

SCO FAMILY OF SERVICES,

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of pro se Plaintiff Cheryl Hager-Reilly ("Ms. Hager-Reilly") letter dated March 13, 2023, (ECF No. 117), and orders as follows:

1. The Court will grant Ms. Hager-Reilly a **final** extension to complete the items listed in the Order dated March 8, 2023 (ECF No. 116 (the "Mar. 8 Order")). Accordingly, by **Tuesday, March 21, 2023**, Ms. Hager-Reilly shall:

    a. conduct one comprehensive but final search to locate and produce the two emails attached to Defendant SCO Family of Services' ("SCO") letter (see ECF No. 115-1); and

    b. advise SCO's counsel of the date on which she produced the 2022 W-2 Form from Wyzant tutoring (the "Wyzant W-2") (which the Court previously ordered to be produced (see ECF Nos. 93 at 2; 94 at 2; 108 at 1)), or (ii) re-produce the Wyzant W-2.

2. By **Wednesday, March 22, 2023**, the parties shall file a joint letter certifying that fact discovery is complete.

3. SCO's counsel shall (i) serve this Order and the Mar. 8 Order on Ms. Hager-Reilly, and (ii) file proof of service on the docket by **Wednesday, March 15, 2023**.

The Clerk of Court is respectfully directed to mail a copy of this Order and the Mar 8. Order (ECF No. 116) to Ms. Hager-Reilly at the address below

Dated: New York, New York
March 14, 2023

SO ORDERED.

*[signature]*
SARAH L. CAVE
United States Magistrate Judge

Mail To: 3824 Waldo Avenue
Apartment E5
Bronx, N.Y. 10463