UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHERYL HAGER-REILLY,

                Plaintiff,

   - against -                    21-cv-11023 (JGK)

SCO FAMILY OF SERVICES,          ORDER

                Defendant.

JOHN G. KOELTL, District Judge:

    The defendant may move for summary judgment without a pre-motion conference.

    The motion is due **May 19, 2023**.

    The response is due **June 9, 2023**.

    Any reply is due **June 23, 2023**.

    The May 4, 2023, conference is **canceled**.

SO ORDERED.

Dated:    New York, New York
            April 27, 2023

                                           John G. Koeltl
                              United States District Judge