```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------

CHERYL HAGER-REILLY,

                Plaintiff,

    - against -                21-cv-11023 (JGK)

SCO FAMILY OF SERVICES,             ORDER

                Defendant.

------------------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The Court is in receipt of the plaintiff's recent letter (ECF No. 127) stating that she did not receive this Court's previous Order scheduling a conference for May 4, 2023, until after that date had already passed. However, in a subsequent Order dated April 27, 2023, the Court canceled that conference and set a briefing schedule for the defendant's motion for summary judgment. ECF No. 125. To ensure that the plaintiff receives a copy of that Order and is apprised of the briefing schedule, including the deadline to respond to the defendant's motion, the Court has attached the prior Order here. The Clerk is respectfully directed to mail a copy of this Order and the attachment to the pro se plaintiff and to note such mailing on the docket.

SO ORDERED.

Dated:    New York, New York
           May 9, 2023

                                            /s/ John G. Koeltl
                                           John G. Koeltl
                                      **United States District Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHERYL HAGER-REILLY,

                     Plaintiff,

      - against -                21-cv-11023 (JGK)

SCO FAMILY OF SERVICES,           ORDER

                   Defendant.

---

JOHN G. KOELTL, District Judge:

    The defendant may move for summary judgment without a pre-motion conference.

    The motion is due **May 19, 2023**.

    The response is due **June 9, 2023**.

    Any reply is due **June 23, 2023**.

    The May 4, 2023, conference is **canceled**.

SO ORDERED.

Dated:    New York, New York
            April 27, 2023

                                            John G. Koeltl
                                   United States District Judge