**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
CHERYL HAGER-REILLY,

              Plaintiff,                         21 **CIVIL** 11023 (JGK)

       -against-                          **JUDGMENT**

SCO FAMILY OF SERVICES,

              Defendant.
------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated December 04, 2023, Defendant SCO Family of Services' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
          December 07, 2023

                                                          **RUBY J. KRAJICK**
                                                           _____
                                                               **Clerk of Court**

                                      **BY:**   _____
                                                               **Deputy Clerk**