UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHERYL HAGER-REILLY,

                Plaintiff,

-v-                                        CIVIL ACTION NO. 21 Civ. 11023 (JGK) (SLC)

SCO FAMILY OF SERVICES,                     **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is aware that the Clerk of the Court attempted to serve by mail on pro se Plaintiff Cheryl Hager-Reilly ("Ms. Hager-Reilly") the Memorandum Opinion and Order (ECF No. 140) and the Clerk's Judgment (ECF No. 141) (together, the "Documents"), but the Documents have been returned for an insufficient address. (ECF min. entry Jan. 4, 2024). By **January 10, 2024**, Defendant shall email the Documents and a copy of this Order to Ms. Hager-Reilly at chiggins16@hotmail.com and/or the most recent email address for her of which Defendant is aware and file proof of service.

Dated:        New York, New York
                January 5, 2024

                                                          SO ORDERED.

                                                          SARAH L. CAVE
                                                          United States Magistrate Judge