```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

CHERYL HAGER-REILLY,

                Plaintiff,

    - against -

SCO FAMILY OF SERVICES,

                Defendant.

21-cv-11023 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to fill out the attached Notice of Change of Address form and to return the completed form to the Court. The plaintiff should ensure that the Notice of Change of Address form includes the plaintiff's full address, including the plaintiff's apartment number.

    The Clerk is directed to mail, in addition to a copy of this Order and the attached Notice of Change of Address form, copies of the following items to the plaintiff: ECF Nos. 140 and 141.

    The Clerk should note service of the foregoing items on the docket.

SO ORDERED.

Dated:    New York, New York
            January 5, 2024

                                      /s/ John G. Koeltl
                                          John G. Koeltl
                                United States District Judge

IH-34                                                                                                                                Rev:2014-1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

_____

(List the full name(s) of the defendant(s)/respondent(s).)

_____CV_____ (_____)(_____)

NOTICE OF CHANGE OF ADDRESS

I hereby notify the Court that my address has changed to the following:

_____
Name (Last, First, MI)

_____  _____  _____  _____
Address                                City                                       State         Zip Code

_____              _____
Telephone Number                                   E-mail Address (if available)

_____              _____
Date                                                          Signature